No. 84–1656. LOCAL 28 OF THE SHEET METAL WORKERS' INTERNATIONAL ASSN. ET AL. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 815.] Motion of the Solicitor General for divided argument and for additional time for oral argument denied. Motion of North Carolina Association of Black Lawyers for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument, or in the alternative, for

appointment of counsel to brief and argue in support of judgment below as *amicus curiae* denied.